UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :   NOTICE OF INTENT TO
                                 FILE AN INFORMATION
    - v. -                   :

JUAN CARLOS FAJARDO,         :   08 CRIM 389

        Defendant.

- - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        April 30, 2008

                    MICHAEL J. GARCIA
                    United States Attorney

            By:  _____
                 Kenneth Allen Polite, Jr. /Benjamin Naftalis
                 Assistant United States Attorneys

                 AGREED AND CONSENTED TO:

            By:  _____
                 Donald J. Yannella, Esq.
                 Attorney for EDWIN RIOS

**JUDGE CROTTY**

[SDNY / DOCUMENT / ELECTRONICALLY FILED stamp]

TOTAL P.22