JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :     08 Cr.

      - v. -                         :

JUAN CARLOS FAJARDO                  :

            Defendant.               :

- - - - - - - - - - - - - - - - x


08 CRIM 389

      The above-named defendant, who is accused of violating 21 U.S.C. § 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       May 1, 2008

0202

USDNY
ELECTRONICALLY FILED
DATE FILED: MAY 02 2008