**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 29, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JUN 3 0 2008
```

*Via Facsimile*

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

> Re:    United States v. Juan Carlos Farjardo,
>          08 Cr. 389 (PAC)

Dear Judge Crotty:

      The Government respectfully requests that Your Honor schedule a plea hearing in the above-referenced matter for a date within the next thirty days. In addition, the Government requests the exclusion of speedy trial time from today through the date of the hearing, to allow the parties to complete discussions regarding a disposition in this matter.

Application GRANTED. The plea hearing is set For
_7/24/08_ at _3_ : _45_ p.m. in Courtroom _20-C_ It is
further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from
_6/29/08_ until _7/24/08_ is excluded in the interest of
justice. I find that this exclusion outweighs the best interest of the
defendant and the public is a speedy trial. So Ordered.

SO ORDERED:  JUN 3 0 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412
(212) 637-2387 [fax]

cc:    Donald J. Yannella, Esq. (via facsimile)

MEMO ENDORSED