**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: AUG 2 7

*Via Facsimile*

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

    Re:    United States v. Juan Carlos Fajardo,
           08 Cr. 389 (PAC)

Dear Judge Crotty:

       The Government respectfully requests that Your Honor schedule a plea hearing in
the above-referenced matter for August 28, 2008, at 2:30 p.m. In addition, the Government
requests the exclusion of speedy trial time from today through the date of the hearing, to allow
the parties to complete discussions regarding a disposition in this matter. Mr. Yannella, counsel
for the defendant, has consented to this exclusion.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

    By:   _____

                                          Kenneth A. Polite
                                          Assistant United States Attorney
                                          (212) 637-2412
                                          (212) 637-2387 [fax]

cc:    Donald J. Yannella, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to complete discussions regarding a disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and August 28, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:      New York, New York
            August 26, 2008

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE